UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HELENI THAYRE, *Plaintiff*,<br><br>v.<br><br>TOWN OF BROOKLINE and JESSE GELLER, JOHANNA SCHNEIDER, MARK ZUROFF, KATE POVERMAN, LARK PALERMO, and RANDOLPH MEIKLEJOHN, as they are members of the BROOKLINE ZONING BOARD OF APPEALS, DANIEL BENNETT as Building Commissioner for the TOWN OF BROOKLINE, JOSEPH BRAGA as Deputy Building Commissioner, and ROBERT DOUGAN as Building Inspector, *Defendants*. | Civil Action No. 1:20-cv-10510 |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO CERTIFY QUESTION TO MASSACHUSETTS SUPREME JUDICIAL COURT**

Defendants respectfully submit this Opposition to Plaintiff Heleni Thayre's Motion to Certify Question to Massachusetts Supreme Judicial Court (the "Motion"). Plaintiff appears to have filed the motion in further opposition to the Defendants' pending motions to dismiss pendant state constitutional claims that are parallel to and governed by principles similar to her federal constitutional claims. Plaintiff's apparent effort to further delay the disposition of Defendant's pending motions to dismiss is unavailing.

The First Circuit has stated that it is appropriate for the federal courts to deny a request to certify a question of state law to the Massachusetts Supreme Judicial Court ("SJC") pursuant to SJC Rule 1:03 when "'the course [the] state court[ ] would take is reasonably clear.'" *Shaulis v. Nordstrom, Inc.*, 865 F.3d 1, 6 n.3 (2017) (quoting *Easthampton Sav. Bank v. City of Springfield*, 736 F.3d 46, 50 (1st Cir. 2013)). "The fact '[t]hat a legal issue is close or difficult is not normally enough to warrant certification,' since otherwise cases involving state law 'would

1

regularly require appellate proceedings in two courts.'" *Id.* (citing *Boston Gas Co. v. Century Indem. Co.*, 529 F.3d 8, 15 (1st Cir. 2008)).

Here, the State law governing Plaintiff's State constitutional claims is neither close nor difficult.  Both the Defendants' memorandum in support of their motions to dismiss [Dkt # 6] and Plaintiff's Opposition to the motions [Dkt # 21] cite Massachusetts governing law that closely tracks the federal constitutional analysis.  The course a State court would take is clear.

For these reasons and the principles set forth in the Defendants' memorandum in support of their motions to dismiss (which the Defendants incorporate herein), the Defendants respectfully ask the Court to deny the Motion.

      Respectfully submitted,
DEFENDANTS TOWN OF BROOKLINE, JESSE GELLER, JOHANNA SCHNEIDER, MARK ZUROFF, KATE POVERMAN, LARK PALERMO, and RANDOLPH MEIKLEJOHN, as they are members of the BROOKLINE ZONING BOARD OF APPEALS, DANIEL BENNETT as Building Commissioner for the TOWN OF BROOKLINE, JOSEPH BRAGA as Deputy Building Commissioner, and ROBERT DOUGAN as Building Inspector,

By their attorneys:

      */s/ Patricia Correa*
Patricia Correa (BBO # 560437)
Email:  pcorrea@brooklinema.gov
Jonathan Simpson (BBO # 660841)
Email:  jsimpson@brooklinema.gov
Office of Town Counsel
Town of Brookline
333 Washington St., 6th Floor
Brookline, MA  02445
Tel:  (617) 730-2190
Fax:  (617) 264-6463

Date:  February 18, 2021

## CERTIFICATE OF SERVICE

    I, Patricia Correa, hereby certify that on the above-referenced date, this document, filed through the ECF system, was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and was sent by U.S. Mail, postage prepaid, to all non-registered participants who have appeared in this case.

    */s/ Patricia Correa*
    _____
    Patricia Correa